UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH JOHN ALOMBRO (#429525)

VERSUS

ANGELO TARVER, ET AL.

CIVIL ACTION

NO. 15-548-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 5, 2017 (doc. no. 36) to which no objection has been filed.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly,

the defendants' Motion for Summary Judgment is GRANTED, dismissing all of the plaintiff's claims as follows: (1) the plaintiff's claims asserted in ARP No. DCI-2014-816 are DISMISSED WITH PREJUDICE, as prescribed, and (2) the plaintiff's claims asserted in ARP No. DCI-2015-621 are DISMISSED as they were filed prematurely.

Baton Rouge, Louisiana, this 25th day of May, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA